Anna Strelau, administratrix of the estate of Wilbur MacDonald, deceased, appellee, v. Chicago City Railway Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 24,733.

Action to recover for death caused by collision between automobile and street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed April 21, 1920. O'Connor, J., dissenting.

Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. Pollock, Rainey & Livingston and Robert S. Cook, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Katie Bowling, defendant in error, v. Alonzo Bowling, plaintiff in error. Gen. No. 24,946.

Bill for divorce on ground of cruelty. Decree of divorce, alimony and solicitor's fees for complainant. Error to the Superior Court of Cook county; the Hon. Henry Guerin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed in part, reversed in part and remanded. Opinion filed April 21, 1920.

Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel. William L. Martin, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Henry Homeier, defendant in error, v. Calumet Brick Company, plaintiff in error. Gen. No. 24,895.

Action to recover damages for injury to crops by smoke from brick kiln. Judgment for plaintiff. Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920. Rehearing denied May 4, 1920.

Felsenthal & Wilson, for plaintiff in error; A. R. Miller, of counsel. Rathje, Lawlor & Connor, for defendant in error; Gerard A. Connor, of counsel.

---

William C. Brothers, receiver, appellee, v. John J. Hayes and Frank P. Hayes, trading as Hayes Brothers, appellants. Gen. No. 24,926.

Action on a written lease. Judgment by confession for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920.

Litzinger, Healy & Reid, for appellants. Barthell, Fitts & Rundall, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.